certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ralph G. Martin* for petitioners.

No. 340. MURRAY *v.* NED ET AL. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. W. F. Semple* and *Villard Martin* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman MacDonald* for the United States, respondent.

No. 352. CONSOLIDATED FREIGHTWAYS, INC. *v.* UNITED STATES. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Francis R. Kirkham* and *Donald A. Schafer* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Chester T. Lane, Robert L. Pierce, Edward Dumbauld,* and *George H. English* for the United States.

No. 377. GOLDSMITH ET AL. *v.* UNITED STATES. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. C. L. Dawson* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Oscar A. Provost* for the United States.

No. 390. NIKLAUS ET AL. *v.* LINCOLN JOINT STOCK LAND BANK. November 8, 1943. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Mr.*